**Anne MASON ex rel. CHIN JUNG THUEY, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
October 31, 1928.

No. 2268.

Walter Bates Farr, of Boston, Mass. (E. F. Damon, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed.